**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

IN RE:                                )
                                      )
                                      )   CASE NO.  26-10034
JAMES ROBERT DILLON                   )
ALEXANDRA DAWN DILLON                 )
        Debtor(s)                     )   Chapter 13
                                      )

**AMENDED AFFIDAVIT OF SERVICE**

The undersigned certifies that service of the Amended Notice to Creditors and Proposed Plan was made on March 10th, 2026, by:

(X) Mail Service:  Regular, First Class United States Mail, postage fully pre-paid, addressed to:

**Vanderbilt Mortgage & Finance Inc**
**Attn:  Officer**
**500 Alcoa Trail**
**Maryville, TN 37804**

() Certified Mail Service on an Insured Depository Institution:  By sending Notice to Creditors and Proposed Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of delivery will be filed at a later date.

Under penalty of perjury, I declare that the foregoing is true and correct.

This 10th day of March, 2026                    /s/Ron A Anderson
                                                Ron A Anderson
                                                Attorney for Debtor
                                                Post Office Box 14639
                                                Archdale, North Carolina 27263
                                                Telephone: (336) 431-7336